UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
AUTHOR R. TURNER,              )
                               )
        Plaintiff              )
                               )
        v.                     )   NO. 3:12-0915
                               )   Judge Trauger/Bryant
DAN WELKAL, et al.,            )   Jury Demand
                               )
        Defendants             )
```

### O R D E R

On January 7, 2013, Plaintiff Turner filed two motions (Docket Entry Nos. 65 and 67) seeking a 90-day extension of time within which to serve process on the remaining as yet unserved Defendants. More than 90 days have expired since the filing of this motion, so Plaintiff has received the requested extension that he sought. Therefore, the **Clerk** is directed to **TERMINATE** as moot motions Nos. 65 and 67.

Similarly, on January 7 and January 8, 2013, Plaintiff filed motions seeking a 30-day extension of time within which to file his responses to motions to dismiss filed by Defendants (Docket Entry Nos. 66 and 68). It appears from the record that Plaintiff has now filed his responses to Defendants' motions to dismiss (Docket Entry Nos. 73, 74, 75 and 76). For this reason, the **Clerk** is directed to **TERMINATE** as moot Docket Entry Nos. 66 and 68.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge